IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY, and AMCO INSURANCE COMPANY<br><br>    Plaintiffs,<br><br>vs.<br><br>BLOODWORTH WHOLESALE DRUGS INC.,<br><br>    Defendant. | CIVIL ACTION FILE NO.:<br>7:22-cv-00113-WLS |

## NOTICE OF APPEAL

Notice is hereby given that Bloodworth Wholesale Drugs, Inc., Defendant in the above-captioned action, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Order granting Plaintiffs' motion for summary judgment and denying Defendant's motion for summary judgment entered in this action on March 27, 2024 (Doc. 45).

Respectfully submitted, this 25th day of April, 2024.

            WATSON SPENCE LLP
            *Attorneys for Defendant*

        By:    */s/ F. Faison Middleton, IV*
                  F. Faison Middleton, IV
                  Georgia Bar No. 504745
                  Christopher L. Foreman
                  Georgia Bar No. 507739
                  320 W. Residence Ave. (31701)
                  Post Office Box 2008
                  Albany, Georgia 31701-2008
                  Tel: 229-436-1545
                  fmiddleton@watsonspence.com
                  cforeman@watsonspence.com

## **CERTIFICATE OF SERVICE**

This is to certify that the undersigned has this date served a copy of the within and foregoing *Notice of Appeal* upon counsel of record through the Court's CM/ECF electronic filing system and by electronic service via email as follows:

Lee Clayton
Lauren D. Woodrick
SWIFT, CURRIE, MCGHEE & HIERS, LLP
1420 Peachtree Street, NE
Suite 800
Atlanta, GA 30309
Lee.clayton@swiftcurrie.com
Lauren.woodrick@swiftcurrie.com

This 25th day of April, 2024.

                                      WATSON SPENCE, LLP

                                      By: */s/ F. Faison Middleton, IV*
                                            F. Faison Middleton, IV